EDWARD J. PHELAN, Respondent, v. ARTHUR J. LEONARD, as Commissioner of Public Safety of the City of Saratoga Springs, N. Y., and the CITY COUNCIL OF THE CITY OF SARATOGA SPRINGS, N. Y., Appellants.— Defendants have appealed from a final order of the Schenectady Special Term of the Supreme Court which directed petitioner's reinstatement as a member of the fire department of the city of Saratoga Springs with pay from November 9, 1936, less certain deductions. The proceeding was instituted for a peremptory mandamus order for petitioner's reinstatement. Answering affidavits were filed and an alternative order of mandamus was granted. After trial in the Supreme Court, Saratoga county, before the court and a jury, the jury rendered a verdict in petitioner's favor. The question litigated was whether or not petitioner had resigned and whether or not such resignation was voluntary. The jury found that petitioner had not resigned. The court denied defendants' motion to set aside the verdict. The court is of the opinion that the evidence was sufficient to warrant the verdict. Order affirmed, with fifty dollars costs and disbursements. Hill, P. J., Heffernan, Schenck and Foster, JJ., concur; Crapser, J., dissents and votes to reverse the order and to grant a new trial on the ground that the findings are against the weight of the evidence.

In the Matter of the Claim of JOSEPH MILLER, Respondent, against ABRAHAM YARMARK and VINCENT MORREALE, Respondents, and PHŒNIX INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal dismissed. Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ., concur.

In the Matter of the Judicial Settlement of the Account of JOHN WALKER, as General Guardian of ANNA ELIZABETH BUCKHOUT, Now ANNA ELIZABETH BUCKHOUT ATWELL. JOHN WALKER, Appellant; ANNA ELIZABETH BUCKHOUT ATWELL, Respondent.— The general guardian of an infant has appealed from the decree of the surrogate of the county of Chenango which surcharged his account on the final accounting with $803. The evidence sustains the decree of the surrogate. Decree unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM KLETT, as Administrator, etc., of FREDERICK KLETT, Deceased.— Appeal from a decree of the Surrogate's Court of Albany County, disallowing a claim for board and lodging furnished to decedent. Decedent held by assignment a mortgage of $4,000 upon premises of claimants. The latter contended that he agreed to pay them ten dollars per week for board and room to be applied upon the principal of the mortgage, and the mortgage to be without interest. They claim that the mortgage has been paid in full and that there is a balance of $780 due to them over and above the amount thereof. The administrator claims that according to the agreement of the parties interest upon the mortgage was to pay for the board and room furnished and that in accordance therewith decedent was paid no interest. The surrogate has held that claimants failed to prove their claim by fair and convincing evidence. The record supports his decision. The surrogate properly struck out the alleged account stated. Under the circumstances disclosed possession of the bond and mortgage in question was not presumptive evidence of the validity of the claim. The decree should have directed a return of these instruments to the administrator. Decree unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.